UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-228-D(1)

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER** |
| DEMETRIE RASHAD EVERETT | |

Before the Court is Defendant's motion to file Docket Entry Number 43 and its accompanying attachments under seal pursuant to Local Criminal Rule 55.2.

For the reasons stated in Defendant's motion, the Court finds good cause exists. Accordingly, the motion is ALLOWED and Docket Entry Number 43 and its accompanying attachments shall be filed under seal.

SO ORDERED. This 25 day of February 2019.

JAMES C. DEVER, III
United States District Judge